| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

ANTHONY BOBBITT,  §
   §
    Plaintiff,  §
   §
*versus*  §  CIVIL ACTION NO. 1:07-CV-217
   §
ALLSTATE TEXAS LLOYD'S COMPANY,  §
   §
    Defendant.  §

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to Order of Reference entered on April 19, 2007. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant the parties' joint motion to dismiss and enter judgment pursuant to settlement.

The magistrate judge's report is hereby **ADOPTED**. The motion to dismiss is **GRANTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

SIGNED at Beaumont, Texas, this 19th day of September, 2007.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE